UNITED STATES DISTRICT COURT

HAKEEM PELUMI, : Case No.: INITIAL CLAIM

Plaintiff, :

vs. CA 08 105 S

STATE OF RHODE-ISLAND, :

Jerome Smith in his capacity as :

DISTRICT COURT ADMINISTRATOR, 6th :

Division. :

On behalf of, :

RICHARD FINNEGAN, :

Defendant

ORIGINAL COMPLAINT

On July 4, 2007 inside Woonsocket Police Department in Woonsocket, Rhode-Island, RICHARD FINNEGAN acting as Justice of Peace for 6th District court of RI **WILFULLY** and **INTENTIONALLY** took money from the plaintiff Hakeem Pelumi, who was then about to be released on bail.

As a result plaintiff was **DEPRIVED** of his personal property **AGAINST HIS WILL** and was otherwise WRONGED. His **Federally Protected Rights violated.** (42 USC.1983 entitled **"(Civil Action for DEPRIVATION of RIGHTS)"; 18 U.S.C. 242 entitled** "Willful Deprivation of Federal Rights under color, Article I, Section 5 of R.I.G.L entitles "Entitlement to remedies and wrongs-Right to justice.42 u.s.c 1983 Due Process Violation.

In March 2008, the incident was reported to Woonsocket Police Department, Internal Affairs Section.

Wherefore plaintiff, Hakeem Pelumi demands judgment against defendant, Jerry Mith, in his capacity as the Court Administrator of the 6th division, District court of R.I in the sum of $ 1, 000.00 in his favor.

Plaintiff further seek GENERAL damages award in the sum of $ 15,000.00; Compensatory damages award in the sum of $ 10,000, and punitive damages award in the sum of $50,000.00 for a total of $76,000.00 in plaintiffs favor for compensation which fully and reasonably compensate for damages and wrongs and such other relief this court deems just and proper.

Plaintiff demands trial by jury.

Dated this 16th day of March, 2008

182 CUMBERLAND STREET.
APT: 75
WOONSOCKET. RI. 02895
HAKEEM PELMI

# CHAIN OF EVENTS

**Date: 3/17/08**
**CC:** UNITED STATES DISTRICT COURT
**FROM:** PLAINTIFF. (HAKEEM PELUMI
**RE:** State Government official MISCONDUCT OF 07/04/07. **A DAYLIGHT ROBBERY**

**07/03/07:** I Was arrested and locked up overnight for disorderly conduct.

**07/03/07**: I was DENIED BAIL as a neighbor came to bail me out but was NOT ALLOWED to see me, Thereby Violating my constitutional RIGHT TO BAIL.

**07/04/07**: I was brought out of my cell for bail hearing. **RICHARD FINNEGAN** (Name confirmed by Mark Turcotte of internal affairs division of Woonsocket police Dept), **the bail commissioner** asked me if I have $50.00 to make a phone call. I decline to make a $50.00 phone call saying I have my cell-phone if I need to make a call.
Then, **RICHARD FINNEGAN** asked if I have $50.00 to bail myself out and I went in my socks where I had $1200.00 (All $100 dollar bills hidden, and I handed him one hundred dollar bill. He gave me a change of one $50 dollar bill.
**RICHARD FINNEGAN.** Blurted out "I thought you said you have no money", and I replied sternly that I said I have no $50.00 to make a phone call.
Then, he ordered me to put all the money on the table in front of him. I first hesitated saying "Why", but was firmly ORDERED to put the whole money on the table, then I did with no more hesitation, as other officers surrounding me were ready to jump on me.
**RICHARD FINNEGAN.** Then went inside the plastic bag containing my money and took out a hundred dollar bill and all of them started laughing.
I frankly challenged him asking what he was doing and **why would he go inside my personal belonging AFTER I ALREADY POSTED THE BAIL MONEY.**
Instead of answering me, all of then just started laughing and told me to pick up the plastic containing my belongings and get out.

Outside the station waiting for me was my friend, Mr. Anthony Martinez whom I first related how I was robbed in broad daylight by the official before my release.
On getting back home, my neighbor came around and narrated how she had came to the station last night to bail me out but was **DENIED ACESS** to see me.

**3/13/08:** The incident just got reported because the department just got a new Chief.
Could not be reported earlier for fear of an Arrest by the former chief of police

**Summary:** The defendant acted under Color.
The defendant acted Willfully
The defendant Deprived plaintiff of Right secured by the constitution or law of the United States.