UNITED STATES DISTRICT COURT

| | |
|---|---|
| HAKEEM PELUMI, | : Case No.: INITIAL CLAIM |
| Plaintiff, | : CA. 08-105 ML. |
| vs. | |
| STATE OF RHODE-ISLAND, | : |
| DISTRICT COURT SIXTH DIVISION | : |
| RICHARD FINNEGAN individually, and in | : |
| his capacity as bail commissioner. | : |
| City of Woonsocket, Woonsocket Police | : |
| department. | : |
| Defendant | |

Amended ~~ORIGINAL~~ **COMPLAINT**

**A. JURISDICTION & PARTIES**

1. Jurisdiction is proper in this court according to 28 U.S.C 1343, 42 U.S.C. 1983 and 42 U.S.C. 1985. A Federal Question. 740.F 2d 862(11th cir 1987); 528. F 2d 1250 (2nd cir 1982), "Theft of money from victim violates victims constitutional rights; 313 US 299, 326(194)" Missuse of power possessed by virtue of state law".

2. The Plaintiff, Hakeem Pelumi is a resident of Woonsocket, County of Providence, in the State of Rhode Island.

3. The Defendant, the City of Woonsocket, is a duly authorized and organized municipality to the laws of the State of Rhode Island and is sued by and through its Treasurer, Carol Touzin.

4. The Defendant, 6th district court of Rhode Island, is a department of the state of Rhode Island, located at One, Dorrance Plaza, Providence, Rhode Island.

Upon information and belief, Defendant Richard Finnegan is a citizen of the State of Rhode Island and, at all times pertinent hereto, was an employee of the 6th district court of Rhode Island. Defendant Fnnegan is being sued individually and in his official capacity as a State of Rhode Island employee.

**FACTUAL BACKGROUND**

On July 4, 2007 inside Woonsocket Police Department in Woonsocket, Rhode-Island, defendant Finnegan **WILFULLY STOLE** money from the plaintiff Hakeem Pelumi, who was then about to be released on bail.

**B.** As a result plaintiff was **DEPRIVED** of his personal property **AGAINST HIS WILL** and was otherwise **WRONGED** and his **constitutional rights violated.** (42 USC.1983 entitled **"(Civil Action for DEPRIVATION of RIGHTS)".** Article 1, Section 5 of the R.I.G.L **entitled "Entitlement to remedies and wrongs-Right to Justice.**

**C. CAUSE OF ACTION**

**Count 1**

**(Civil Rights Violation against Defendant State of Rhode Island pursuant to 42 U.S.C. 1983**

6. The Plaintiff repeats and realleges Paragraphs 1 through 4 of the Complaint as if each had been more fully set forth herein.

7. The actions of the Defendant Finnegan were undertaken with the authority of the City of Woonsocket Police Department, and under color of state law.

8. The actions of the Defendant Finnegan deprived the Plaintiff of his rights, privileges and immunities under the Fourteen Amendment of the United States Constitution, causing him to be deprived of his property without due process, unnecessary and unwarranted pain and injuries in seeking fair and proper justice.

**9. COUNT 11**

**(Civil Rights Violation against Defendant City of Woonsocket) through its Treasurer Carol Touzin.**

9. The plaintiff repeats and realleges paragraph 1 through 8 of the Complaint as if each had been more fully set forth herein.

**10.** The actions of Defendant Finnegan were undertaken with the authority of the Woonsocket Police Department, and under color of state law.

**11.** The actions of the Defendant deprived the Plaintiff of his rights, privileges and immunities under the Fourteenth amendment of the United States Constitution, causing him to be deprived of his liberty, and further causing him both personal injury and economic harm.

**COUNT 111**

**( Civil Rights Violation against Defendants Finnegan pursuant to 42 U.S.C. 1983)**

12. The Plaintiff repeats and realleges Paragraph 1 through 12 of the Complaint as if each had been more fully set forth herein.

13. Defendants Finnegan by his actions on July 4, 2007 and thereafter engaged in a pattern of deceit. Richard Finnegan thus violated Plaintiffs individuals Constitutionally protected right by Willfully Stealing his money in order to deprive the Plaintiff of the equal protection of the laws, and of the equal privileges and immunities under the law to which the Plaintiff was entitled under United States and Rhode Island Constitutions, all in violation of 42 U.S.C. 1983.

14. As a direct and proximate result of the unlawful theft by the defendant, Plaintiff was deprived of his liberty, and suffered personal and economic injury.

**Count IV**

**(Civil Rights Violation against Defendant Finnegan Pursuant to Rhode Island State Law and the Rhode Island Constitution)**

15. The Plaintiff repeats and realleges Paragraph 1 through 15 of the Complaint as if each had been more fully set forth herein.

16. The actions of the Defendant Finnegan were undertaken with the authority of the City of Woonsocket and the Woonsocket Police Department, and under color of state law.

17. The actions of the defendant Finnegan deprived the Plaintiff of his rights, privileges and immunities under state law and

the Rhode Island State Constitution, including without limitation the ability to be free from improper and unfair justice as guaranteed by Article 1, 5,6 of the state Constitution. As a direct and proximate result of the unlawful actions of the Defendant, Plaintiff was caused to suffer both personal injury and economic harm.

**D .RELIEF REQUESTED**

As a direct and proximate result of the Defendants civil rights violations and tortuous conduct, Plaintiff Hakeem Pelumi seeks the following relief:

A. A declaratory judgment that the Defendants, in the manner described herein, violated the civil rights of the Plaintiff.

B. Compensatory damages for Plaintiffs personal injuries, emotional distress, and economic harm.

C. Punitive damages against Defendant Finnegan for theft; and

D. For such other and further relief as to this court may seem just and proper.

**E. DEMAND FOR JURY TRIAL**

The Plaintiff hereby demands a trial by jury on all counts so triable.

Dated this 16th day of April, 2008

182 CUMBERLAND STREET.
APT: 75
WOONSOCKET. RI. 02895
HAKEEM PELMI

# CHAIN OF EVENTS

**Date: 3/17/08**
**CC:** UNITED STATES DISTRICT COURT
**FROM:** PLAINTIFF. (HAKEEM PELUMI
**RE:** State Government official MISCONDUCT OF 07/04/07. **A DAYLIGHT ROBBERY**

**07/03/07:** I Was arrested and locked up overnight for disorderly conduct.

**07/03/07**: I was DENIED BAIL as a neighbor came to bail me out but was NOT ALLOWED to see me, Thereby Violating my constitutional RIGHT TO BAIL.

**07/04/07**: I was brought out of my cell for bail hearing. **RICHARD FINNEGAN** (Name confirmed by Mark Turcotte of internal affairs division of Woonsocket police Dept), **the bail commissioner** asked me if I have $50.00 to make a phone call. I decline to make a $50.00 phone call saying I have my cell-phone if I need to make a call.
Then, **RICHARD FINNEGAN** asked if I have $50.00 to bail myself out and I went in my socks where I had $1200.00 (All $100 dollar bills hidden, and I handed him one hundred dollar bill. He gave me a change of one $50 dollar bill.
**RICHARD FINNEGAN.** Blurted out "I thought you said you have no money", and I replied sternly that I said I have no $50.00 to make a phone call.
Then, he ordered me to put all the money on the table in front of him. I first hesitated saying "Why", but was firmly ORDERED to put the whole money on the table, then I did with no more hesitation, as other officers surrounding me were ready to jump on me.
**RICHARD FINNEGAN.** Then went inside the plastic bag containing my money and took out a hundred dollar bill and all of them started laughing.
I frankly challenged him asking what he was doing and **why would he go inside my personal belonging AFTER I ALREADY POSTED THE BAIL MONEY.**
Instead of answering me, all of then just started laughing and told me to pick up the plastic containing my belongings and get out.

Outside the station waiting for me was my friend, Mr. Anthony Martinez whom I first related how I was robbed in broad daylight by the official before my release.
On getting back home, my neighbor came around and narrated how she had came to the station last night to bail me out but was **DENIED ACESS** to see me.

**3/13/08:** The incident just got reported because the department just got a new Chief.
Could not be reported earlier for fear of an Arrest by the former chief of police

**Summary:** The defendant acted under Color.
The defendant acted Willfully
The defendant Deprived plaintiff of Right secured by the constitution or law of the United States.