**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**HAKEEM PELUMI**
**Plaintiff,**

**v.** **C.A. No. 08-105 ML**

**STATE OF RHODE ISALND,**
**JEROME SMITH in his capacity**
**as District Court Administrator,**
**6th Division.**

**On behalf of Richard Finnegan,**
**Defendant.**

**ENTRY OF APPEARANCE**

Now comes the undersigned attorney, Laura Ann Marasco, Special Assistant Attorney General, and hereby enters her appearance for the Defendant, as named in this *pro se* Original Complaint, State of Rhode Island, Jerome Smith in his capacity as District Court Administrator, in the above-captioned matter.

Respectfully submitted,

Defendants,
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Laura Marasco*
Laura Ann Marasco #6678
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2297
Fax: (401) 222-3016

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Entry of Appearance by first class mail, postage prepaid to Hakeem Pelumi, 182 Cumberland Street, Apt. 75, Woonsocket, RI 02895 on this 21st day of April, 2008.

*/s/ Laura Marasco*

_______________________