HAKEEM PELMI
182 CUMBERLAND STREET. APT: 75
WOONSOCKET. RI. 02895

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HAKEEM PELUMI,<br>Plaintiff,<br>vs.<br>LANDRY et al.,<br>Defendants | Case No.: C.A. No 08-84ML.<br>C.A. No 08-85ML<br>C.A. No 08-86<br>C.A No 08-87<br>C.A No 08-105<br>C.A No 08-106<br>C.A No 08-107 |

OBJECTIONS TO COURT'S R & R

1. Pelumi v. Landry, C.A. No. 08-84ML. Complaint amended as; Pelumi v Landry individually, and in her capacity: Jurisdiction is proper pursuant to 28U.S.C 1391(a)(2) AND (b)(2). Plaintiff is now suing under Federal Law and NOT state law. 28 U.S.C. 1391 (a)(2) and (b)(2). As amended, a new consumer written complain under R.I. Gen Laws 27-9.1-5 for Breach of Insurance Policy with Progressive. Also, Article **1 section 5** of United States constitution

**2.Pelumi v. Cicilline, C.A. No 08-85ML.** Complaint amended now to read; **Pelumi v. Officer Cute et al.** Providence Police officer suing **individually** for PERJURY-Under Color of Law. A Federal Question and A Federal Court Exclusive Jurisdiction. 18 U.S.C. 1985, 28 U.S.C. 1391(a)(2) and (b)(2). 42 U.S.C. 1983 Right to justice.

3.**Pelumi v. Gerstmeyer, C.A. 08-86ML** Plaintiff is ready to argue this out as I have in my possession, documents indicating my contacts with Federal government agencies BEFORE the expiration of the 3year statue of limitation. Well then, it is not my fault that the case is now over three years. Federal government agencies have been dragging their feet on this issue ever since I first contacted the agencies believed to be responsible for enforcing the Federal Law. (Document attached/will be provided upon request). 42 U.S.C. 1983

4. **Pelumi v. Hepworth, C.A. No 08-87ML.** Complaint now amended as **Pelumi v. Gordon Hepworth individually and in his capacity and Jamie coher et al.** (STATE FARM Insured driver), is a resident of New York). There is a **COMPLETE diversity** as Plaintiff and both Defendant and defendant's insured driver are NOT citizen of the same state. U.S.C. 1391 (a)(2) and (b)(2).

5. **Pelumi v. State of Rhode Island, C.A. No08-105ML.** Complaint now amended to read; **Pelumi v. Richard Finnegan etal .C.A. No 08-105**.et al. Suing individually ( Bail Commissioner Theft UNDER COLOR of LAW. Birth of a Federal Question jurisdiction. 740. F 2d 862(11th cir 1987) "Theft of money from victim by the Bail Commissioner VIOLATES the Constitutional Rights to be FREE from Deprivation of property Without Due Process. 528. F 2d 1250(2nd cir 1982). 18 U.S.C. 1985. 42 U.S.C 1983. Right to justice.

182 CUMBERLAND STREET. APT: 75
WOONSOCKET. RI. 02895

6. **Pelumi v.Menard, C.A. No 08-106ML**. Complaint amended now to read as follows; **Pelumi v Marsha Houle etal.**A Woonsocket Police officer. Suing individually for PENALITY OF PERJURY. Under Color of Law. A Federal Question as my basis of Federal court Jurisdiction. 18 U.S.C 241-Conspiracy against civil rights and 18 U.S.C.1622-Suurbornation of Perjury.

7. **Pelumi v Michael Houle. C.A No 08-107ML.** Complaint amended as Plaintiff in now bringing this lawsuit under Rhode Island Personal injury for the dog bite. Plus, it is also believed that Houle is a citizen of the state of Massachusettes, and giving rise to federal diversity jurisdiction. 28 U.S.C. 1391 (a)(2) and (b)(2).

Dated this 21st day of April, 2008

182 CUMBERLAND STREET.
APT: 75
WOONSOCKET. RI. 02895
HAKEEM PELMI