**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**HAKEEM PELUMI**
**Plaintiff,**

**vs.** **C.A. No. 08-105 ML**

**STATE OF RHODE-ISLAND,**
**DISTRICT COURT SIXTH DIVISION**
**RICHARD FINNEGAN individually, an in his capacity as bail commissioner.**
**City of Woonsocket, Woonsocket Police department.**

**MOTION TO DISMISS AMENDED COMPLAINT**

Now comes Defendants, State of Rhode Island, and the District Court Sixth Division (Defendants), and, pursuant to Rule 12 (b)(4), (5) and (6) of the Federal Court Rules of Civil Procedure, hereby moves to dismiss the Amended Complaint in this civil action filed by the *pro se* Plaintiff, Hakeem Pelumi ("Plaintiff" or "Pelumi"), on grounds of insufficiency of process, insufficiency of service of process and for failure to state a claim upon which relief can be granted. In support, the State submits the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully requests that the Honorable Court grant this Motion to Dismiss.

Respectfully submitted,
DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Laura Ann Marasco*

Laura Ann Marasco, Bar No. 6678
Special Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 Ext. 2297
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that, on this 25th day of April, 2008, I mailed a true copy of this Motion to Dismiss by first class mail, postage prepaid, to **Hakeem Pelumi**, *pro se*, 182 Cumberland Street, Apt. 75, Woonsocket, RI 02895.

/s/ *Laura Ann Marasco*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**HAKEEM PELUMI**
**Plaintiff,**

**vs.** **C.A. No. 08-105 ML**

**STATE OF RHODE-ISLAND,**
**DISTRICT COURT SIXTH DIVISION**
**RICHARD FINNEGAN individually, an in his capacity as bail commissioner.**
**City of Woonsocket, Woonsocket Police department.**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS AMENDED CMPLAINT**

## INTRODUCTION

Defendants, State of Rhode Island and the District Court - Sixth Division (Defendants), respectfully submit this Memorandum of Law in Support of its Motion to Dismiss pursuant to Rule 12 (b)(4), (5) and (6) of the Federal Court Rules of Civil Procedure. For the reasons set forth, Defendants assert that the Amended Complaint in this civil action filed by the Plaintiff, Hakeem Pelumi, should be dismissed on grounds of insufficiency of process, insufficiency of service of process and for failure to state a claim upon which relief can be granted.

## PLAINTIFF'S AMENDED COMPLAINT

Plaintiff Pelumi's Amended Complaint, fairly read and liberally construed, alleges that Richard Finnegan, acting as a Bail Commissioner, "**WILLFULLY STOLE**" money from the Plaintiff [ ] who was then about to be released on bail." And that "[a]s a result Plaintiff was

**DEPRIVED** of his personal property **AGAINST HIS WILL** and was otherwise **WRONGED** and his **constitutional rights violated**." (Amended Complaint p. 2).

Plaintiff alleges a Civil Rights violation of 42 U.S.C. 1983. He demands "declaratory judgment that the Defendants. . . violated the Civil Rights of the Plaintiff" as well as "compensatory" and "punitive" damages. (Amended Complaint p. 5).

Defendants submit that the only summons in this case was sent in relation to the Original Complaint by U.S. Mail to Jerome Smith, Chief Clerk of the District Court – Sixth Division. Mr. Smith received a copy of a Summons (unsigned and undated) without a copy of the Complaint. He received no Notice of Lawsuit or Request for Waiver of Service of Summons and he received nothing further. Mr. Smith was named in the Original Complaint in "his capacity as District Court Administrator"; he is not named in the Amended Complaint. Neither the State nor the District Court Sixth Division have received a summons, a copy of either complaint, a Notice of Lawsuit or a Request for Waiver of Service of Summons.

## ARGUMENT

Plaintiff's failure to comply with Rule 4 in regard to these Defendants is grounds for dismissal pursuant to Rule 12(b)(4) - insufficiency of process and 12(b)(5) - insufficiency of service of process. Accordingly, Plaintiff's Amended Complaint should be dismissed against these Defendants.

Plaintiff's Amended Complaint sets forth no allegations against the State or the District Court. The District Court is never mentioned in the Amended Complaint other than in Paragraph 4., which states that, "The Defendant, 6th district court of Rhode Island, is a department of the state of Rhode Island, locate at One Dorrance Plaza, Providence, Rhode Island." Although "Count 1" purports to be about the State, it is about Defendant Finnegan. Federal civil procedure

requires a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. Rule 8 (a). Conley v. Gibson, 355 U.S. 41, 47, 78 S. Ct. 99, 103 (1957) has long stood for the proposition that a pleading must "give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests." Here, there is no fair notice tp these Defendants as to the grounds for this civil action. Accordingly, Plaintiff's Amended Complaint should be dismissed, for failure to state a claim upon which relief can be granted.

Lastly, these Defendants are not a "person" who can be sued for monetary damages. Plaintiff demands a judgment of monetary damages. Neither the State nor the District Court - Sixth Division is a "person" who can be sued for monetary damages under 42 U.S.C. § 1983 for alleged constitutional violations. See Will v. Michigan, 491 U.S. 58, 71 (1989) ("We hold that neither a State nor its officials acting in their official capacities are "persons under §1983.") Thus, the Complaint in this civil action fails to state a claim upon which relief can be granted. Accordingly, Defendant's Motion to Dismiss should be granted pursuant to Fed. R. Civ. P. Rule 12(b)(6).

## CONCLUSION

For the reasons set forth, Defendants, State of Rhode Island and the District Court - Sixth Division, respectfully request that the Honorable Court grant this Motion to Dismiss.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Laura Ann Marasco*

Laura Ann Marasco, Bar No. 6678
Special Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 Ext. 2297
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that, on this 25th day of April, 2008, I mailed a true copy of this Memorandum of Law in Support of Motion to Dismiss by first class mail, postage prepaid, to **Hakeem Pelumi**, 182 Cumberland Street, Apt. 75, Woonsocket, RI 02895.

/s/ *Laura Ann Marasco*